UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Deborah Mahnke,
Scott Mahnke,

    Plaintiffs,

v.

Executive Tans, USA, LLC,
CSE International, LLC,
Colorado Special Events, Inc.,
Wayne Smeal,

    Defendants.

Civil No. 07-1416 (DSD-JJG)

**ORDER**

---

This matter is before the undersigned upon the report and recommendation of the United States Magistrate Judge. No objections have been filed to that report and recommendation in the time period permitted. Based on the report and recommendation of the Magistrate Judge, and being duly advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. The defendants' motion to dismiss, or in the alternative, to stay pending arbitration (Doc. No. 5) is **GRANTED.**

2. All claims in this matter are **DISMISSED WITHOUT PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 13, 2007

                                                        s/David S. Doty
                                                        David S. Doty, Judge
                                                        United States District Court